**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-566 |
| | § | |
| | § | |
| | § | |
| WILLIAM CURRY MCGRATH | § | |

**O R D E R**

The government and the defendant made an oral request for a continuance . The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motion hearing to be held on: | **February 23, 2015, at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **March 23, 2015 at 9:00 a.m.** |
| Jury Selection is reset to: | **March 27, 2015 at 9:00 a.m.** |
| Jury Trial will begin on: | **March 30, 2015, at 9:00 a.m.** |

SIGNED on January 28, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge