IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-14-566 |
| | § |
| WILLIAM CURRY MCGRATH | § |

**ORDER**

McGrath has moved for an order directing the government to serve him with a written bill of particulars, describing whether he is charged under the commercial or noncommercial prong of 18 U.S.C. § 2423(c). (Docket Entry No. 20). McGrath has also moved for notice of extrinsic acts pursuant to Federal Rule of Evidence 404(b). (Docket Entry No. 19). The motion for notice of extrinsic acts is granted. The motion for a bill of particulars is denied, as the court finds that the indictment is sufficiently detailed, describing the essential elements of the crime with which McGrath is charged in a manner that permits him to prepare a defense.

A hearing is scheduled for Monday, February 23, 2015, at 9:00 a.m. in Courtroom 11-B. The court will hear argument on McGrath's pending motion to dismiss, (Docket Entry No. 22), and will hold an evidentiary hearing on McGrath's pending motion to suppress, (Docket Entry No. 21), at that time.

SIGNED on February 17, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge